B5 (Official Form 5) (12/07)     FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>**Eastern District of Virginia** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Vireol Bio Energy LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN<br>(If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**200 S. Main Street**<br>**Hopewell, VA 23860** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**701 S. 6th Street**<br>**Hopewell, VA 23860** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Hopewell City** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| **Nature of Debts**<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business** (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor **Vireol Bio Energy LLC**

B5 (Official Form 5) (12/07) - Page 2                                        Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ James L. Stevens, Manager**
Signature of Petitioner or Representative (State title)

**Virginia Electric and Power Co., Inc.**     **November 18, 2015**
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**James L. Stevens, Manager**
**701 East Cary Street**
**Richmond, VA 23219**

X **/s/ Troy Savenko**                        **November 18, 2015**
Signature of Attorney                         Date

**Troy Savenko**
Name of Attorney Firm (If any)

**Kaplan Voekler Cunningham & Frank, PLC**
**1401 East Cary Street**
**Richmond, VA 23219**
Address
Telephone No. **(804) 823-4000**

X **/s/ John A. Rueger, Jr., President**
Signature of Petitioner or Representative (State title)

**West End Machine & Welding, Inc.**     **November 18, 2015**
Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**John A. Rueger, Jr., President**
**6804 School Avenue**
**Henrico, VA 23228**

X **/s/ Andrea Sullivan Gould**               **November 18, 2015**
Signature of Attorney                         Date

**Andrea Sullivan Gould**
Name of Attorney Firm (If any)

**Andrea Sullivan Gould**
**416 West Franklin Street**
**Richmond, VA 23220**
Address
Telephone No. **804.937.9602**

X **/s/ Mark Moody, President**
Signature of Petitioner or Representative (State title)

**Southern Construction Utilities, Inc.**     **November 18, 2015**
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Mark Moody, President**
**1774 Fine Street**
**Prince George, VA 23875**

X **/s/ Neil S. Talegaonkar**                 **November 18, 2015**
Signature of Attorney                         Date

**Neil S. Talegaonkar**
Name of Attorney Firm (If any)

**Thompson McMullan**
**100 Shockoe Slip, Third Floor**
**Richmond, VA 23219**
Address
Telephone No. **804.649.7545**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Virginia Electric and Power Co., Inc.**<br>**120 Tredegar Street**<br>**Richmond, VA 23219** | **Breach of Contract** | **1,802,910.34** |
| **West End Machine & Welding, Inc.**<br>**6804 School Avenue**<br>**Henrico, VA 23228** | **Open Account/Breach of Contract** | **46,920.00** |
| **Southern Construction Utilities, Inc.**<br>**1774 Fine Street**<br>**Prince George, VA 23875** | **Open Account/Breach of Contract** | **72,494.60** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**2,018,654.94** |

___**1**___ continuation sheets attached

Name of Debtor **Vireol Bio Energy LLC**

B5 (Official Form 5) (12/07) - Page 2                                    Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Kristina Ford, Manager**
Signature of Petitioner or Representative (State title)

X **/s/ W. Alexander Burnett**    **November 18, 2015**
Signature of Attorney                    Date

**Hillcrest Transportation, Inc.**    **November 18, 2015**
Name of Petitioner                        Date Signed

**W. Alexander Burnett**
Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
**Kristina Ford, Manager
25452 Hofheimer Way
Petersburg, VA 23803**

**Williams Mullen
200 South 10th Street, 16th Floor
Richmond, VA 23219**
Address
Telephone No. **804.420.6000**

X
Signature of Petitioner or Representative (State title)

X
Signature of Attorney                    Date

Name of Petitioner    Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address
Telephone No.

X
Signature of Petitioner or Representative (State title)

X
Signature of Attorney                    Date

Name of Petitioner    Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Hillcrest Transportation, Inc.**<br>**25452 Hofheimer Way**<br>**Petersburg, VA 23803** | **Breach of Contract** | **96,330.00** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**2,018,654.94**

_1_ of _1_ continuation sheets attached