**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

<u>      Richmond      </u>   Division

In re   Vireol Bio Energy LLC                              Case No.  15-35970-KLP

Debtor(s)                                     Chapter  11

**ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 11**

The debtor(s) in this case filed a petition under Chapter 7 of the Bankruptcy Code on <u>    11/18/2015    </u>, and on <u>    12/04/2015    </u>, filed a motion to convert to one under Chapter 11; it is **ORDERED** that:

1. This case is converted to one under Chapter 11 of the Bankruptcy Code;

2. The trustee in the Chapter 7 case shall file with the court a final report and account as required by 11 U.S.C. 704(a)(9) within **30 days** of the entry of this order, with a copy to be mailed to the United States Trustee, and shall file a proof of claim for any outstanding expenses incurred during the administration of the Chapter 7 case;

3. *[If checked]*  ✓  The debtor(s) shall remit an additional filing fee of **$922.00** to the "Clerk, U. S. Bankruptcy Court" within **14 days** of the entry of this order;

4. The debtor(s), pursuant to Local Bankruptcy Rule 1017-1(A), shall file with the Court within **14 days** of the entry of this order as applicable, either:

   (a)   a schedule of unpaid debts incurred after commencement of original bankruptcy case, and a list of creditors in the format required by the Clerk, **or**
   (b)   a certification that no unpaid debts have been incurred since the commencement of the case.

*[If the debtor fails to file the schedule and list referred to above on the date of conversion of the case, any such subsequent filing shall be treated as an amendment under Local Bankruptcy Rule 1009-1 and the debtor shall be required to give all required notices and distribute all required copies, including copies to the trustee and the United States Trustee.]*

5. The debtor(s), pursuant to Federal Rule of Bankruptcy Procedure 1007(d), shall file with the court a List of 20 Largest Unsecured Creditors within **14 days** of the entry of this order

6. *[If applicable]* The debtor(s) shall file with the court a List of Equity Security Holders of each class showing the number and kind of interests registered in the name of each holder and the last known address or place of business of each holder, within **14 days** of the entry of this order.

7. *[If Individual Debtor]*  The debtor, pursuant to Local Bankruptcy Rule 1017-1(C), shall file with the Court within **14 days** after the conversion of this case Official Form 122B, "Chapter 11 Statement of Your Current Monthly Income."

It is further **ORDERED** that <u>the debtor's failure to comply with the requirements as set out in paragraph 3 and 6 above will result in the case being dismissed</u>.

WILLIAM R. REDDEN
CLERK OF COURT

Date:  <u>December 14, 2015</u>            By: <u>/s/Suzan Ramirez-Lowe            </u>
                                                                Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
<u>December 14, 2015          </u>

[ocon711 ver. 12/15]