UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIREOL BIO ENERGY LLC, | ) | Case No. **15-35970-KLP** |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that the Virginia Electric and Power Company, d/b/a Dominion Virginia Power ("Dominion"), by and through its undersigned counsel, has filed its *Motion for Authority to Examine the Debtor Pursuant to Bankruptcy Rule 2004* (the "Motion"). By the Motion, Dominion seeks an order authorizing it to conduct a Rule 2004 examination of Vireol Bio Energy LLC (the "Debtor").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing. Accordingly, if you do not want the Court to grant the relief sought in either Motion, or if you want the Court to consider your views on either Motion, then you or your attorney must:

[ x ]   File with the Court, at the address shown below, a written objection. If you mail your written objection to the court for filing, you must mail it early enough so the court will receive it on or before **December 30, 2015**.

>Clerk of the Court
>United States Bankruptcy Court
>701 E. Broad Street, Suite 4000
>Richmond, VA  23219

[ x ]   You or your attorney must also serve a copy of your written objection upon the undersigned as well so that the documents are received on or before the due date identified herein.

_____
KAPLAN VOEKLER CUNNINGHAM & FRANK, PLC
Stephen E. Baril (Va. Bar No. 19604)
Paul D. Anders (Va. Bar No. 31712)
Troy Savenko (Va. Bar No. 44516)
1401 East Cary Street
Richmond, VA  23219
(804) 823-4000

*Counsel for Virginia Electric & Power Co., Inc*

[ x ]    Attend the hearing on the Motion scheduled for **January 6, 2016 at 10:30 a.m.** (or such time thereafter as the matter may be heard) before The Honorable Keith L. Phillips, United States Bankruptcy Judge, in Room 5100 of the United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT if you or your attorney do not take the steps required in this Notice, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Date:  December 23, 2015        VIRGINIA ELECTRIC AND POWER CO., INC.

/s/ Stephen E. Baril
KAPLAN VOEKLER CUNNINGHAM & FRANK, PLC
Stephen E. Baril (Va. Bar No. 19604)
Paul D. Anders (Va. Bar No. 31712)
Troy Savenko (Va. Bar No. 44516)
1401 East Cary Street
Richmond, VA   23219
(804) 823-4000

*Counsel for Virginia Electric & Power Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2015, a copy of the foregoing *Notice of Motion and Hearing* was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby.

/s/ Stephen E. Baril
Counsel